## CHRISTOPHER SHUCKRA *v.* COMMISSIONER OF CORRECTION

The petitioner Christopher Shuckra's petition for certification for appeal from the Appellate Court, 68 Conn. App. 904 (AC 21583), is denied.

*Sebastian O. DeSantis*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided May 15, 2002

## STATE OF CONNECTICUT *v.* RICHARD AQUART

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 21 (AC 20534), is denied.

*Raymond J. Rigat*, in support of the petition.

Decided May 15, 2002

## BANK ONE TEXAS, N.A. *v.* JOAN ANN CASEY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 22546) is denied.

*Joan Ann Casey*, pro se, in support of the petition.

*Pierre-Yves Kolakowski*, in opposition.

Decided May 15, 2002

## STATE OF CONNECTICUT *v.* MARK ANDERSON

The defendant's petition for certification for appeal from the Appellate Court is dismissed.